FILED
2006 Jun-02 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-PWG-0989-S |
| | ) |
| PETRA D. WADE, parole officer, and | ) |
| DAVID MIXON, hearing officer, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

On May 3, 2006 the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed by either party.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the court hereby ADOPTS the findings of the magistrate judge. The court further ACCEPTS the recommendation of the magistrate judge. In accordance with Rule 58, *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is DISMISSED.

As to the foregoing it is SO ORDERED this the 2nd day of June, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE